AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Garnett Smith, a/k/a Abdule Jones and<br>Antonio Johnson, a/k/a Tracey Jackson<br><br>*Defendant(s)* | Case No.<br><br>12 4112 PWG |

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP - 7 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 6, 2012__ in the county of __Baltimore City__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to Possess and Possession with Intent to Distribute Heroin |

This criminal complaint is based on these facts:
See attached Affidavit of TFO David H. Clasing

☑ Continued on the attached sheet.

_____
Complainant's signature

David H. Clasing, DEA/TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/07/2012

_____
Judge's signature

City and state: Baltimore, MD

Paul W. Grimm, U.S.M.J.
Printed name and title

*US v. GARNETT Smith
12-4112 PWG
US v. ANTONIO JOHNSON
12-4111 PWG*

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I.   Purpose of the Affidavit

1. This affidavit is submitted in support of a criminal complaint charging Garnett Gilbert SMITH, also known as Abdule Jones, and Antonio JOHNSON, also known as Tracey Jackson, with conspiracy to possess and possess with the intent to distribute one kilogram (1000 grams) or more of a quantity or mixture of a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. Section 846.

II.

2. Your affiant, David H. Clasing, states that I am a Task Force Officer with the Drug Enforcement Administration. The information set forth below is based upon my personal observations or upon information provided to me by other law enforcement officers participating in the investigation.

3. Your affiant has been a duly constituted member of the Baltimore Police Department since December 1987. Your affiant received his training at the Baltimore Police Academy, instructions in criminal law, probable cause, search and seizure warrants, the use of informants, surveillance methods, and the constitutional rights of citizens. Your affiant has attended yearly in-service training that has satisfied the requirements of the Maryland Police Training Commission. During my twenty years in this department, your affiant has gained considerable knowledge and expertise in the methods used by CDS dealers and users to obtain, dilute, package and distribute various controlled dangerous substances. I have interviewed many drug traffickers and learned from those interviews the various means and methods of traffickers.

III.   Probable Cause

4. Investigators recently located a residence in Studio City, California, utilized by SMITH and his associates in the Los Angeles area. A white Toyota Cruiser FJ sport-utility vehicle previously known to law enforcement as having been outfitted with a hidden compartment has been observed by investigators at this Studio City residence. This vehicle has recently been utilized by SMITH and JOHNSON, in Los Angeles. Investigators have observed both men inside the Cruiser FJ.

5. JOHNSON has recently been observed mailing at least two packages from different post offices in the Los Angeles area to different addressees in Maryland. Investigators believe that JOHNSON was shipping narcotics to Maryland on behalf of SMITH. Investigators were in the process of placing 'mail-covers' on several addresses as they sought to gather additional evidence relating to the acquisition by SMITH and his associates of large quantities of narcotics.

6. Postal Inspectors in Maryland intercepted one of the two parcels mailed by JOHNSON from the Los Angeles area to Maryland. On August 24, 2011, the parcel was opened and two kilograms of cocaine were seized.

7. Investigators have determined that SMITH traveled to the Los Angeles area on August 27, 2012. Based on information gathered throughout this investigation, your affiant believes that when SMITH travels to Los Angeles, California, it is for the purpose of organizing a narcotics shipment to the Maryland area. SMITH also utilizes the services of JOHNSON to facilitate the shipment of drugs from the Los Angeles area to Maryland.

8. On September 2, 2012, agents and task force officers from DEA El Paso, Texas, conducted a stop of a car carrier. A model year 2007 Toyota Cruiser FJ, Maryland Tag Number 3AC2783, registered to Sacha Monique Stewart at 7901 Brookford Circle, Apartment K, Pikesville, Maryland 21208, was on the carrier. This was the same vehicle investigators observed SMITH and JOHNSON inside at various times in Los Angeles. A drug detection dog was utilized and alerted on the vehicle for the presence of narcotics. Investigators discovered a hidden compartment in the roof of the vehicle. The compartment was searched and four packages were recovered. The packages had a combined weight of 4.6 kilograms and the contents thereof were field-tested and found to contain heroin. The wholesale value of four kilograms of heroin is approximately $300,000.

9. Investigators brought the car carrier and the 2007 Toyota Cruiser FJ, Maryland Tag Number 3AC2783, to Baltimore in order to attempt a controlled delivery of the heroin. On September 6, 2012, such a delivery was accomplished. JOHNSON was observed as he approached the car carrier. He paid the truck driver a sum of money and took possession of the Toyota Cruiser. JOHNSON then drove the vehicle into Baltimore City. JOHNSON met with SMITH, who took possession of the Toyota and parked it in a secluded section of a parking lot. An electronic signal was received by agents which indicated that the hidden trap inside the Toyota had been opened and the heroin accessed. Agents then approached the Toyota and observed a kilogram open to view next to SMITH, who was seated in the driver's seat. SMITH and JOHNSON were then arrested.

5. A mandatory minimum sentence of ten years is applicable herein pursuant to 21 U.S.C. Section 841(b)(1)(A).

 12 4111 PWG

 12 4112 PWG



6. Based on the foregoing, I submit that there is probable cause to believe that Garnett Gilbert SMITH, also known as Abdule Jones, and Antonio JOHNSON, also known as Tracey Jackson did knowingly combine, conspire, confederate and agree with each other and with other persons to intentionally possess and possess with the intent to distribute one kilogram (1000 grams) or more of a quantity or mixture of a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. Section 846.

David H. Classing
DEA Task Force Officer

Subscribed and sworn before me on September 7, 2012.

Honorable Paul W. Grimm
U.S. Magistrate Judge

12 4111 PWG     12 4112 PWG

