JGW/2012R00119

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | UNDER SEAL |
| v. | * | CRIMINAL NO. WDQ-12-0479 |
| GARNETT GILBERT SMITH, a/k/a Abdule Jones, | * | (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846; Possession with Intent to Distribute Heroin, 21 U.S.C. § 846; Criminal Forfeiture, 18 U.S.C. § 982(a)(1)) |
| MARC TYRONE COLLINS, | * | |
| MICHAEL LEE WHITE, and | * | |
| ANTONIO LAMONT JOHNSON, a/k/a Tracey Jackson, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From in or about 2008 and continuing through September of 2012, in the District of Maryland, California, Texas, and elsewhere,

**GARNETT GILBERT SMITH, a/k/a Abdule Jones,
MARC TYRONE COLLINS,
MICHAEL LEE WHITE, and
ANTONIO LAMONT JOHNSON, a/k/a Tracey Jackson**

the defendants herein, did knowingly and willfully combine, conspire, confederate and agree with one another and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, § 841.

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

From in or about August of 2012 and continuing through September 6, 2012, in the District of Maryland, California, Texas, and elsewhere,

### GARNETT GILBERT SMITH, a/k/a Abdule Jones and
### ANTONIO LAMONT JOHNSON, a/k/a Tracey Jackson

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute one kilogram or more of a mixture or a substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, § 841.

21 U.S.C. § 846

## **FORFEITURE**

(Forfeiture of Narcotics Proceeds, 21 U.S.C. §853(a))

The grand jury further finds that:

1. Pursuant to Title 18 U.S.C. § 982(a)(1) and 21 U.S.C. §853(a), upon conviction of an offense in violation of 21 U.S.C. § 846, as set forth in Count One, each defendant named in said count shall forfeit to the United States of America all property constituting proceeds of said offenses, and all property traceable to such property, including but not limited to **$20,000,000** and all interest and proceeds traceable thereto.

## SUBSTITUTE ASSETS

If any of the **$20,000,000** described in this indictment as being subject to forfeiture, as a result of any act or omission of the defendants

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code Section 982(b) and Title 21, United States Code Section 853, to seek forfeiture of any other property of the defendants up to the value of the property charged with forfeiture, **$20,000,000**, such property traceable to the proceeds of Count One including, but are not limited to the following:

a. All right, title and interest in the real property held in the name of Garnett Smith, Abdule Jones and Marc Tyrone Collins, including, but not limited to the following properties:

   i. 816 Tam O Shanter Street, Ontario, California;

   ii. 414 Water Street, Unit 1111, Baltimore, Maryland;

   iii. 8056 Abington Drive, Locust Drive, Georgia.

b. All right, title and interest of Garnett Gilbert Smith in the following assets, accounts and holdings:

   i. Tryad Group LLC (Ridge Goodman LLC);

   ii. ASA Enterprises, LLC;

   iii. Bank of America Account Nos. 0044 6369 4211
                                    0057 8336 8860
                                    4460 2321 1249
                                    4460 2404 1942;

   iv. Assorted jewelry valued at $497,850, more or less, seized from 1148 Carbondale Way, Gambrills, Maryland;

   v. United States currency in the amount of $740,000, more or less, seized from 1148 Carbondale Way, Gambrills, Maryland;

   vi. Assorted jewelry valued at $1,100,000, more or less, seized from 11805 Laurelwood Drive, Unit 106, Studio City, California.

c. All right, title and interest of Garnett Gilbert Smith in the following vehicles:

   i. 2008 Land Rover Vin#SALMF13418A279946;

   ii. 2012 Volkswagen Vin#3VWV67AT3CM648470;

   iii. 2010 Campagna Trex 14RR Vin#2C9T19C47A2145009;

   iv. 2012 Camppagna Trex 14R Vin#2C9T19C49B2145059;

   v. 2007 Kia Sedona Minivan Vin#KNDMB23357610611;

   vi. 2007 Chrysler Pacifica Vin#2A8GM48L47R364178;

  vii. 2007 Toyota FJ Cruiser Vin#JTEB411F670085423;

  viii. 2008 Land Rover Vin#SALSK2548A167625;

  ix. 1999 Jeep Grand Cherokee Vin#1J4GW68N9XC786738;

  x. 2006 Hummer H2 Vin#5GTDN136068292633;

  xi. 2008 Mercedes CL550 Vin#WDDEJ71X68A008395;

  xii. 2008 Maybach Vin#WDBVF78J88A002285;

  xiii. 2007 Cadillac Escalade Vin#1GYFK63847R341250;

  xiv. 2009 Can Am Spyder three wheel motorcycle, Vin#2BXJAAA169V000853;

  xv. 2010 Can Am Spyder three wheel motorcycle, Vin#2BXJBGC15AV000747;

  xvi. 2010 Aston Martin, Vin# SCFHDDAJ3AAF00532.

d. All right, title and interest of Marc Tyrone Collins in the following vehicles:

  i. 2008 Ford F-450 Super Duty, VIN# 1FTXW43R58EA04185;

  ii. 2007 Fleetwood Gearbox Trailer, VIN# 4CE7F393672318998;

  iii. 2003 Harley Davidson Motorcycle, VIN# 1HD1DJV333Y637261;

  iv. 2003 Yamaha Raptor 660R Off Road Vehicle, VIN# JY4AM01Y23C039137;

  v. 2010 Polaris Ranger RZR Off Road Vehicle, VIN# 4XAXH76A2AD085618;

  vi. 2002 Audi A8, VIN# WAUML44D32N008125;

  vii. 2006 Roket Off Road Vehicle, VIN# A1ZGMHBCV6S004156;

  viii. 2006 Roket Off Road Vehicle, VIN# A1ZGLHBCC6K001565;

  ix. Ford F-550 XL Limo Bus, VIN#1FDAF56P05EB97214;

   x. 2008 Cadillac Escalade, VIN#1GYFK66858R111892;

   xi. 2013 UNIV VAN, VIN#1U9EV3731DR078763;

 e. All right, title and interest of Michael Lee White in the following vehicles:

   i. Specially Constructed Vehicle, VIN# CA944513;

   ii. 2006 Harley Davidson, VIN# 1HD1FRW166Y617239;

   iii. 1957 Chevy Bel-Air, Vin# VB57L179691. (registered to Michael WHITE)

 f. All right, title and interest of Marc Tyrone Collins in the following assets, accounts and holdings:

   i. MDM Incorporation;

   ii. MDM Incorporation, DBA West Coast Party Bus.

 g. All right, title and interest of Michael Lee White in the following assets, accounts and holdings:

   i. Jazzy Investment Corporation.

 h. All right, title and interest in United States currency in the amount of $2,306,745, more or less, seized by the Arkansas State Police in October of 2011.

18 U.S.C. §982(a)(1)
21 U.S.C. §853(a)

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

2·26·13
Date