**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*James G. Warwick*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4860*
*MAIN: 410-209-4800*
*FAX: 410-962-0716*
*TTY/TDD: 410-962-4462*
*James.Warwick@usdoj.gov*

April 2, 2013

The Honorable William D. Quarles, Jr.
United States District Judge
United States Courthouse             **DELIVERED BY HAND**
101 West Lombard Street
Baltimore, MD 21201

            Re: *United States v. Garnett Gilbert Smith et al*
                *Criminal No. WDQ-12-0479*

Dear Judge Quarles:

     Please accept this letter as a further status report on this matter. On March 28, 2013, Marc Tyrone Collins was arrested in Ontario, California on a warrant issued as a result of the Superseding Indictment returned in this matter. Search warrants were also executed at two locations, and numerous assets were seized.
     Mr. Collins had his initial appearance before a United States Magistrate Judge in Los Angeles on March 28th. He was detained and ordered removed to the District of Maryland. Now that the Superseding Indictment has been unsealed, a copy will be sent to the inmate counselor for Michael Lee White, who is a sentenced prisoner housed at FCI Butner. The government will secure a writ to bring Mr. White to Maryland.
     There is a considerable amount of discovery relevant to this matter. I am in the process of having that discovery scanned to disks. I will make that discovery available to all counsel once Mr. Collins and Mr. White appear in this district. I will also promptly notify this Court when all defendants are in the District of Maryland.

    Should this Court require any further information, please do not hesitate to contact me.  I remain

                                      Very truly yours,

                                          /s/
                                    James G. Warwick
                                    Assistant United States Attorney